P. E. Hussey, *Appellee*, v. C. H. Bartholomew et al.,
*Appellants*.

No. 18,131.

Appeal from Cowley district court.   Opinion filed
May 10, 1913.   Affirmed.

*W. P. Hackney*, and *J. T. Lafferty*, both of Winfield,
for the appellants.

*A. M. Jackson*, and *A. L. Noble*, both of Winfield, for
the appellee.

*Per Curiam:* In this controversy, which arose out of a real-
estate transaction, the appellee claimed that appellants, through
misrepresentation and fraud, obtained $600 from him for which
he was to be given a title to property in the city of Le Roy, but
that instead he was offered land owned by Bartholomew which
Bartholomew had transferred to Strong subject to a mortgage
executed by Strong for a sum much in excess of the value of the
land.   The testimony of appellee is sufficient to sustain his
theory and claim, while that of appellants was that appellee had
purchased the Bartholomew land and that there was no mis-
representation of the facts to him nor a misunderstanding of
them by him.   The testimony was confined largely to that given
by the three parties involved in the transaction.   The jury chose
to believe the testimony of appellee as against that given by
appellants, and the jury being the judges of the credibility of the
witnesses and the verdict having been approved by the trial
court, the judgment must be affirmed.